December 22, 2014

United States District Court
District of Columbia Circuit
Attn: Clerk of the Court
333 Constitution Avenue, N.W.
Washington, D.C.  20001

RE:  Pending Action Civil 14-0838 *APM*

      Behrens v. United States Attorney

Dear Clerk of the Court:

    I am sending you this request to change my mailing address from

        Bryan S. Behrens
        22932-047
        P.O. Box 33
        Terre Haute, IN 47808

to the following address:

        Bryan S. Behrens
        22932-047
        1310 South 17th Street
        Council Bluffs, Iowa 51503

effective December 22, 2014.  On this date the Bureau of Prisons transfered me to the residential re-entry facility at the above address ran by CH, Inc.  You might also need to include that name in the change of address.

I have not received anything from the Court regarding the motion for summary judgment filed by the defendant, nor any ruling on my objections filed.  Can the Clerk please provide me a copy of the docket?  If the Court has ruled on the motion of the Government, can I please receive a copy of the Courts opinion?

I attest under penalty of perjury, pursuant to 28 USC 1746, that the foregoing is true and correct as to the facts as I know them to be.

Executed on this 22nd day of December, 2014

Bryan S. Behrens

I certify, that I caused the foregoing to be filed in the Court as noted above, mailed by united states mail, first class postage affixed using the prison mail-box rule for inmate legal mail.

                                                                                 Bryan Behrens

RECEIVED
Mail Room
DEC 29 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia